JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

**15  6690**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Charles Shaw
20 North 2nd Avenue
Coatesville PA 19320

## DEFENDANTS

Sofia Barroso, —,
ChesPenn Health Services
744 East Lincoln Highway
Coatesville PA 19320

**(b)** County of Residence of First Listed Plaintiff  Chester
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Chester
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

John T. Crutchlow, AUSA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government
Plaintiff
- ☐ 3  Federal Question
*(U.S. Government Not a Party)*
- ☒ 2  U.S. Government
Defendant
- ☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☒ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §1441, 1446(d) and 2679(d)

Brief description of cause:
Removal to EDPa

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE  DOCKET NUMBER

**DEC 18 2015**

DATE
12/18/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 20 North 2nd Avenue  Coatesville, PA 19320

Address of Defendant: 615 Chestnut St. #1250  Philadelphia, PA

**15   6690**

Place of Accident, Incident or Transaction: 444 East Lincoln Highway  Coatesville, PA 19320

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _____ , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____   _____
Attorney-at-Law   Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

DEC 18 2015

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   _____
Attorney-at-Law  John T. Crutchlow, AUSA   Attorney I.D.#

CIV. 609 (5/2012)



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Charles Shaw                                  :                    CIVIL ACTION

v.                                            :

                                              :                    **15   6690**
Sofia Barroso, DMD                            :          NO.
ChesPenn Health Svc.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                       ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                               ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.       (X)

____December 18, 2015____    ____John T. Crutchlow____    Sofia Barroso, DMD
**Date**                     **Attorney-at-law** AUSA    ChesPenn Health Services
                                                         **Attorney for**

____215-861-8622____         ____215-861-8618____        john.crutchlow@usdoj.gov

**Telephone**                **FAX Number**              **E-Mail Address**

(Civ. 660) 10/02

DEC 18 2015



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES SHAW,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **SOFIA BARROSO,** | : | **15      6690** |
| | : | |
| **Defendant.** | : | |

### NOTICE OF REMOVAL

Pursuant to 42 U.S.C. § 233, the United States of America, on behalf of the above-named federal defendant, Sophia Barroso, removes this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, the United States avers as follows:

1.      On or about September 11, 2015, plaintiff filed a *pro se* Complaint in the Magisterial District Court for Chester County, Pennsylvania.  The complaint was assigned the docket number MJ-15103-CV-0000063-2015.  *See* Notice to Defend, attached as Exhibit 2.

2.      Plaintiff's Complaint was then reassigned from to Magisterial District Judge Gregory V. Hines to Magisterial District Judge Jeffrey J. Valocchi.  *See* Exhibit 3 (transfer order).  The case was reassigned the Magisterial District Court Docket Number MJ-15402-CV-0000298-2015.  *See* Exhibit 4 (Notice of Civil Action Hearing).

3.      Plaintiff's complaint alleges that the defendant, Sophia Barroso, D.M.D., provided negligent dental care.

4.      At all relevant times, Sophia Barroso has been an employee of ChesPenn Family Health Center.  See Exhibit 5 (Certification of Scope of Employment).  By operation of the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(c), ChesPenn Family Health Center is a deemed federal entity.

5.    By operation of the Federally Supported Health Centers Assistance Act, 42 U.S.C.§ 233(c), Sophia Barroso is a deemed federal employee of the United States.

Accordingly, Sophia Barroso is covered by the Federal Tort Claims Act.

6.    Actions brought under the Federal Tort Claims Act may only be brought in Federal District Court.  28 U.S.C. § 1346.  Therefore, this action must be removed to Federal District Court.

7.    No bond is required to accompany this notice because it is being filed on behalf of the United States.  42 U.S.C.§ 233(c).

8.    A certified copy of this Notice of Removal is being filed in the Magisterial District Court  for Chester County, Pennsylvania, and is being sent to all other parties.

9.    Removal of this action is timely pursuant to 42 U.S.C.§ 233(c), which provides that a civil action of this nature shall be removed at any time before trial.

WHEREFORE, the United States hereby submits notice of removal of this action.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

JOHN T. CRUTCHLOW
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Phone: (215) 861-8786
Fax: (215) 861-8618
John.Crutchlow@usdoj.gov
*Attorney for United States of America*

Dated:  December 18, 2015

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2015, I served a true and correct copy of the foregoing Notice of Removal by First-class mail, postage prepaid, on the following persons addressed as follows:

Magisterial District Judge Jeffrey J. Valocchi
Magisterial District Court
256 East Lincoln Highway
Coatesville, PA 19320

Charles Shaw
20 North 2nd Avenue
Coatesville, PA 19320

Robert A. Auclair, Esq.
200 N. Jackson Street
Media, PA 19063-2807

John T. Crutchlow
Assistant United States Attorney

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF CHESTER



**Civil Complaint**

21599075371

| Mag. Dist. No: MDJ-15-1-03 |
| MDJ Name:  Honorable Gregory V. Hines |
| Address:  258 East Lincoln Highway  Coatesville, PA 19320 |
| Telephone: 610-384-3159 |

PLAINTIFF:                   NAME and ADDRESS

CHARLES SHAW
90 North 2nd Ave
Coatesville Pa 9370    #311

DEFENDANT:           vs.       NAME and ADDRESS

Sofia Barroso    610 383 288,
c/o Chess Penn
744 E Lincoln Hwy. Coatesville. PA

Docket No:  CV - 63-15 18370

Case Filed:  9/11/15

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 120.00 | /  / |
| POSTAGE | $ 11.96 | /  / |
| SERVICE COSTS | $ | /  / |
| CONSTABLE ED. | $ | /  / |
| TOTAL | $ 131.96 | 9/11/15 |

Social Security Numbers and financial information (e.g. PINs) should not be listed. If the identity of an account number must be established, list only the last four digits.  204 Pa.Code §§ 213.1 - 213.7.

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant:  The above named plaintiff(s) asks judgment against you for $ __4,000.00__ together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

I MAINTAIN THAT MRS BARROSO MALICIOUSLY
drilled And filed A Tooth That X RAYS Show
NOT To have had A CAVITY ORWAS IN ANY WAY.
HARMFUL.

I CHARLES SHAW _____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

_____
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

**CHE___ ___ COUNTY COMMUNITY DEN___ ___ CENTER**
744 E. Lincoln Highway, Suite 120, Coatesville, PA 19320
**(610) 383-3888**

DATE _6/25/14_
PATIENT _Charlee S. Shaw_
STREET ADDRESS ████████████
CITY _Coateeville_   STATE _PA_ ZIP _19320_ SEX Ⓜ  F
**SOCIAL SECURITY #** ████████ _5272_   BIRTH DATE ████████ _1953_

HOME PHONE (____) _____
CELL PHONE (_215_) _990·7537_
E-MAIL _CSS2653@Yahoo._

## MEDICAL HISTORY

PHYSICIAN'S NAME _McCabe, Do, Kevin V_ DATE OF LAST PHYSICAL _____

ARE YOU UNDER THE CARE OF A PHYSICIAN? (YES) NO  IF SO, FOR WHAT? _High Blood Pressure_

HAVE YOU EVER HAD ANY OF THE FOLLOWING? (*MARK ALL THAT APPLY*)

- ▢ Acid Reflux/GERD
- ▢ Aids/HIV Positive
- ☑ Allergies
- ▢ Arthritis/Gout
- ▢ Artificial Heart Valve
- ▢ Asthma
- ▢ Atrial Fibrillation
- ▢ Blood Disorders/Disease
- ☑ Blood Pressure  High (Low)
- ▢ Cancer
- ☑ Chemical/Drug Dependency _80+ Clean_
- ▢ Chemotherapy/Radiation
- ▢ Circulation Problems
- ▢ Colitis
- ▢ Diabetes: Type I  Type 2
- ☑ Emotional Problems

- ▢ Endocarditis
- ▢ Epilepsy
- ▢ Excess Bleeding
- ▢ Eye Problems  Glaucoma   Cataracts
- ▢ Hay Fever
- ▢ Heart Disease/Problems
- ▢ Hemophilia
- ▢ Hepatitis A B C
- ▢ Hip/Knee-Replacement When_____
- ▢ Immune Disorders
- ▢ Kidney Disease
- ▢ Leukemia
- ▢ Lyme Disease
- ▢ Migraine
- ▢ Mitral Valve Prolapse

- ▢ Multiple Sclerosis
- ▢ Ostoporosis
- ▢ Pace Maker
- ▢ Parkinson's Disease
- ▢ Neurological Problems
- ▢ Psychiatric Care
- ▢ Respiratory Disease
- ▢ Rheumatic Fever
- ▢ Sleep Apnea
- ▢ Stroke – When_____
- ▢ Thyroid Disease
- ▢ Transplants What_____
- ▢ Tuberculosis
- ▢ Ulcer
- ▢ Venereal Disease

### PLEASE LIST ALL MEDICATIONS:

_Aspirin_
_Lisinopril_
_Amlodipine_
_Doxazosin Mesylate_

### PLEASE LIST ALL ALLERGIES

_____
_____
_____
_____

HAVE YOU EVER RESPONDED ADVERSELY TO MEDICAL OR DENTAL TREATMENT?   YES   (NO)

(WOMEN) DO YOU SUSPECT THAT YOU ARE PREGNANT? Y  N   DUE DATE_____ ARE YOU NURSING? Y  N

TAKING BIRTH CONTROL PILLS?   YES  · NO

IS THERE ANYTHING ELSE WE SHOULD KNOW ABOUT YOUR MEDICAL HISTORY?_____

_____

_____

## **PLEASE TURN THIS PAGE OVER AND COMPLETE FORM**

PATIENT'S NAME _Charles Shaw_ DATE OF BIRTH ████ /1953

| DATE | TOOTH/SURFACE | ANESTHETIC GIVEN | TREATMENT | DR. |
|------|---------------|------------------|-----------|-----|
| | | | **MEDICAL ALERT** | |
| | | | High Blood Pressure | |
| 3/25/09 | | | Initial exam 4BWX 3 PAs | DR Kal |
| | | | Refer OS - Ext. 15, 16. NV - Prophy + PA 18, 31. | |
| 4/6/09 | | | Prophy PA 18 PA 31 NV - OPG/NV Kal | |
| | | | MR. Shaw presented c w/o Proof of income or | |
| | | | apmt. Was Told on 3-25-89 visit | |
| | | | to have these as per Val W + Kim D. | |
| | | | He was given a statement + told if he wanted | |
| | | | to return he would have to pay. | |
| 6/25/14 | | | Exam Prophy 4BWX-Digital Kal Kal | |
| | | | Cavitron. Oral Cancer Screening | |
| 2/24/15 | | | Dentrix | |

ITEM 07-021876187003

PATIENT NUMBER PAGE

**PROGRESS NOTES**

# CLINICAL NOTES REPORT
ALL NOTES
2/23/2015 - 10/12/2015 Note Date
Clinics: <ALL>
Providers: <ALL>
Encounters: <ALL>

| Report Date: 10/12/2015 | Report Generated By: OMSULLIVAN | | Page 1 of 4 |
|---|---|---|---|

**Shaw, Charles**

| | BIRTHDATE | CHART | SSN | HOME PHONE |
|---|---|---|---|---|
| | 1953 | 71902-1 | 5272 | |

**DATE: 02/24/2015**
NOTE#0  ENCOUNTER:
Page 1

| Time | Provider | Clinic | Status |
|---|---|---|---|
| 8:32:22AM | DRBARROSO | COATESVILL | Approved |

Medical Alert:  Allergies
High Blood Pressure
Medications:  Aspirin 81mg
Lisinopril
Amlodipine
Other
Allergies:  NONE
Since Last Visit: Medical Alert:  No Change
Medications:  No Change
Allergies:  No Change
Pain Scale Type:  Numeric Pain Scale Pain Level: 0
Description: PERIODIC EXAM, ADULT PROPHY, ORAL CANCER SCREENING, PERIO CHARTING
CAVITRON AND HAND INSTRUMENTS, CONSTANT STRUGGLE WITH PT'S TONGUE
DISCUSSED PT'S PREVIOUS TREATMENT PLAN WHICH WAS NOT STARTED AND IMPORTANCE
OF COMPLETING RESTORATIONS.
BAR/KAK
NV FILL 12-DO

----- Signed on Tuesday, February 24, 2015 at 9:18:13 AM -----
----- Provider: DRBARROSO - Sofia Barroso, DMD -- Clinic: COATESVILL -----

**DATE: 03/30/2015**
NOTE#0  ENCOUNTER:
Page 1

| Time | Provider | Clinic | Status |
|---|---|---|---|
| 11:03:05AM | DRBARROSO | COATESVILL | Approved |

Medical Alert:   Allergies
            High Blood Pressure
Medications:   Aspirin 81mg
            Lisinopril
            Amlodipine
            Other
Allergies: NKDA
Since Last Visit: Medical Alert:   No Change
            Medications:   No Change
            Allergies:   No Change
Pain Scale Type:   Numeric Pain Scale Pain Level:  0
Description:
RMH.
Local anesthesia: Mepi 3%
Carpules # 1
Anesthesia technique: Infiltration
Tooth # 12
Surfaces: DO
Description: Carious removal, tooth prepped. Vitrebond. Acid etch with 38% phosphoric acid, bonding and resin composite placed. Finished, polished and occlusion checked.
Shade: C-3
EFDA: Terry
NV: #13-MO
Dr. Barroso

----- Signed on Monday, March 30, 2015 at 12:28:23 PM -----
----- Provider: DRBARROSO - Sofia Barroso, DMD -- Clinic: COATESVILL -----

**DATE: 04/20/2015**
**NOTE#0**          ENCOUNTER:
**Page 1**                       Time           Provider        Clinic            Status
                              10:07:45AM      DRSTONE          COATESVILL       Approved
Medical Alert:   Allergies
            High Blood Pressure
Medications:   Aspirin 81mg
            Lisinopril
            Amlodipine
            Other
Allergies:
Since Last Visit: Medical Alert:   No Change
            Medications:   No Change
            Allergies:   No Change
Pain Scale Type:   Numeric Pain Scale Pain Level:  0
Description:
3% Carbocaine x 1.
Caries removal on #13 MO, Vitrebond, etch,prime and bond, composite C3, finishing and polishing.
Occlusion was checked.
NV: #2 DO

----- Signed on Monday, April 20, 2015 at 10:53:41 AM -----
----- Provider: DRSTONE - Paula Stone, DMD -- Clinic: COATESVILL -----

**DATE: 05/18/2015**
**NOTE#0**          ENCOUNTER:
**Page 1**                       Time           Provider        Clinic            Status
                              10:30:27AM      DRBARROSO        COATESVILL       Approved

Medical Alert:   Allergies
                 High Blood Pressure
Medications:     Aspirin 81mg
                 Lisinopril
                 Amlodipine
                 Other
Allergies:
Since Last Visit: Medical Alert:   No Change
                  Medications:     No Change
                  Allergies:       No Change
Pain Scale Type:    Numeric Pain Scale Pain Level:  0
Description:
2% Lidocaine 1:100,000 EPI x 1.
Caries removal on #2 DOL , Vitrebond, etch, prime and bond, composite C3, finishing and polishing. EFDA
Occlusion was checked.
NV:#3 O


----- Signed on Monday, May 18, 2015 at 1:16:36 PM -----
----- Provider: DRSTONE - Paula Stone, DMD -- Clinic: COATESVILL -----

DATE:  06/03/2015
   NOTE# 0              ENCOUNTER:
   Page 1                   Time          Provider      Clinic        Status
                            8:22:26AM     DRBARROSO     COATESVILL    Approved
               Medical Alert:   Allergies
                                High Blood Pressure
               Medications:     Aspirin 81mg
                                Lisinopril
                                Amlodipine
                                Other
               Allergies:  NKDA
               Since Last Visit: Medical Alert:   No Change
                                 Medications:     No Change
                                 Allergies:       No Change
               Pain Scale Type:    Numeric Pain Scale Pain Level:  0
               Description:
               RMH.
               Local anesthesia: Mepi 3%
               Carpules # 1
               Anesthesia technique: Infiltration
               Tooth # 3
               Surfaces: O
               Description: Carious removal, tooth prepped. Vitrebond. Acid etch with 38% phosphoric acid, bonding and resin
               composite placed. Finished, polished and occlusion checked.
               Shade: A-2
               NV: #16-O
               Dr. Barroso
               DA: Carol

               ----- Signed on Wednesday, June 03, 2015 at 9:26:57 AM -----
               ----- Provider: DRBARROSO - Sofia Barroso, DMD -- Clinic: COATESVILL -----

DATE:  07/09/2015
   NOTE# 0              ENCOUNTER:
   Page 1                   Time          Provider      Clinic        Status
                            8:25:17AM     DRBARROSO     COATESVILL    Approved

Medical Alert:    Allergies
                  High Blood Pressure
Medications:      Aspirin 81mg
                  Lisinopril
                  Amlodipine
                  Other
Allergies:    NKDA
Since Last Visit: Medical Alert:    No Change
              Medications:      No Change
              Allergies:        No Change
Pain Scale Type:      Numeric Pain Scale Pain Level:  0
Description: Pt came to the appt today very confused about his dental treatment which was explained in the
past, he was blaming us for doing something different last time we saw him. We explained that we follow same
protocol every time we do restorative. We was doubtful about decay on #16 that we showed him with a mirror
before starting. At the end of the appt he said that the only black spot he saw was the amalgam on #14 and not
the cavity on #16 besides we showed him before. The conclusion is that he is very hesitant to dental treatment
and approaching us different, Pt might have any emotional or mental disorder not informed or diagnosed yet.
RMH.
Local anesthesia: Mepi 3%
Carpules # 1
Anesthesia technique: Infiltration
Tooth # 16
Surfaces: O
Description: Carious removal, tooth prepped. Vitrebond. Acid etch with 38% phosphoric acid, bonding and resin
composite placed. Finished, polished and occlusion checked.
Shade: A-2
EFDA: Terry
NV: Recall
Dr. Barroso
DA: Bernie

----- Signed on Thursday, July 09, 2015 at 10:42:08 AM -----
----- Provider: DRBARROSO - Sofia Barroso, DMD -- Clinic: COATESVILL -----

Name:

Address:

Telephone:

| DATE | TOOTH | SERVICE PLANNED |
|------|-------|-----------------|
| 2/28/15 | | Ext ✓ |
| | 16 | Ext |
| | 18 | Crown |
| | 31 | Prophy |
| 2/25/14 | 1 | Ext |
| | 1 | BR |
| | 18 | BR |
| | 18 | O |
| | 30 | O |
| | 31 | BR m |

| DATE | TOOTH | SERVICE RENDERED | CHARGE | PAID | BALANCE |
|------|-------|------------------|--------|------|---------|

# CLINICAL NOTES REPORT

ALL NOTES
7/9/2015 - 10/12/2015 Note Date
Clinics: <ALL>
Providers: <ALL>
Encounters: <ALL>

| Report Date: 10/12/2015 | Report Generated By: OMSULLIVAN | | | Page 1 of 1 |

| Shaw, Charles | BIRTHDATE | CHART | SSN | HOME PHONE |
|---|---|---|---|---|
| | ████1953 | 71902-1 | ████-5272 | |

**DATE:** 07/09/2015

| NOTE#0 | ENCOUNTER: | | | |
|---|---|---|---|---|
| Page 1 | Time | Provider | Clinic | Status |
| | 8:25:17AM | DRBARROSO | COATESVILL | Approved |

Medical Alert:  Allergies
          High Blood Pressure
Medications:   Aspirin 81mg
          Lisinopril
          Amlodipine
          Other
Allergies:  NKDA
Since Last Visit: Medical Alert:  No Change
          Medications:   No Change
          Allergies:   No Change
Pain Scale Type:   Numeric Pain Scale  Pain Level: 0
Description: Pt came to the appt today very confused about his dental treatment which was explained in the
past, he was blaming us for doing something different last time we saw him. We explained that we follow same
protocol every time we do restorative. We was doubtful about decay on #16 that we showed him with a mirror
before starting. At the end of the appt he said that the only black spot he saw was the amalgam on #14 and not
the cavity on #16 besides we showed him before. The conclusion is that he is very hesitant to dental treatment
and approaching us different, Pt might have any emotional or mental disorder not informed or diagnosed yet.
RMH.
Local anesthesia: Mepi 3%
Carpules # 1
Anesthesia technique: Infiltration
Tooth # 16
Surfaces: O
Description: Carious removal, tooth prepped. Vitrebond. Acid etch with 38% phosphoric acid, bonding and resin
composite placed. Finished, polished and occlusion checked.
Shade: A-2
EFDA: Terry
NV: Recall
Dr. Barroso
DA: Bernie


----- Signed on Thursday, July 09, 2015 at 10:42:08 AM -----
----- Provider: DRBARROSO - Sofia Barroso, DMD -- Clinic: COATESVILL -----


----- Appended on Monday, October 12, 2015 at 10:26:21 AM -----
----- Provider: DRBARROSO - Sofia Barroso, DMD -- Clinic: COATESVILL -----
In the previous note I wrote "We explained that we follow same protocol every time we do restorative. We was
doubtful about decay on #16 that we showed him with a mirror before starting.
In the part that I wrote" we was doubtful about decay on #16", I meant, He was doubtful about decay on #16,
this was a misspelling.
Dr. Barroso



2014/06/25          2014/06/25



2014/06/25          2014/06/25

CHESTER COUNTY COMMUNITY DENTAL
744 E. LINCOLN HIGHWAY, SUITE 120
COATESVILLE, PA  19320
PHONE (610) 383-3888  FAX (610) 383-4688

# EXHIBIT 2

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF CHESTER



# Notice of Intent to Defend

| | |
|---|---|
| Mag. Dist. No: | MDJ-15-1-03 |
| MDJ Name: | Honorable Gregory V. Hines |
| Address: | 256 East Lincoln Highway |
| | Coatesville, PA 19320 |
| Telephone: | 610-384-3159 |

Charles  Shaw
v.
Sofia  Barroso

Robert A. Auclair, Esq.
200 N Jackson St
Media, PA 19063-2807

Docket No:   MJ-15103-CV-0000063-2015
Case Filed:   9/11/2015

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Tuesday, November 24, 2015** | Place:   Magisterial District Court 15-1-03,  Coatesville |
|---|---|
| Time: **10:00 AM** | 256 East Lincoln Highway<br>Coatesville, PA  19320<br>610-384-3159 |

PLAINTIFF:

You are hereby notified that the defendant named below has given notice of his/her intent to present a defense at the hearing in the above case.

DEFENDANT(S)
Sofia  Barroso

October 16, 2015

Date

Magisterial District Judge Gregory V. Hines

# EXHIBIT 3

IN RE: TRANSFER

DISTRICT COURT ORDER 234-2015

In accordance with Rule 112 of the Pennsylvania Rules for Magisterial
District Judges, the following case is to be transferred from Magisterial District
Court 15-1-03, Magisterial District Judge Gregory V. Hines, to Magisterial
District Court 15-4-02, Magisterial District Judge Jeffrey J Valocchi.

CHARLES SHAW

VS

SOFIA BARROSO

CV-63-15

<u>11 - 17 - 15</u>
DATE

~~PRESIDENT JUDGE~~

# EXHIBIT 4

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF CHESTER



# Civil Action Hearing Notice

| Mag. Dist. No: | MDJ-15-4-02 |
|---|---|
| MDJ Name: | Honorable Jeffrey J. Valocchi |
| Address: | 231 Boot Road |
| | Downingtown, PA  19335 |
| Telephone: | 610-269-5250 |

Charles  Shaw
v.
Sofia  Barroso

Robert A. Auclair, Esq.
200 N Jackson St
Media, PA  19063-2807

Docket No:    MJ-15402-CV-0000298-2015
Case Filed:    9/11/2015

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Monday, January 4, 2016** | Place:  Magisterial District Court 15-4-02,  Thorndale |
|---|---|
| | 231 Boot Road |
| Time:  **2:00 PM** | Downingtown, PA  19335 |
| | 610-269-5250 |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.

# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES SHAW,                          :
                                       :
          Plaintiff,                   :          CIVIL ACTION NO.
                                       :
     v.                                :
                                       :
DR. SOFIA BARROSO,                     :
                                       :
          Defendant.                   :

### CERTIFICATION OF SCOPE OF EMPLOYMENT

I, ZANE DAVID MEMEGER, United States Attorney, in and for the Eastern District of

Pennsylvania pursuant to the provisions of 28 U.S.C. § 233(l)(1), and by virtue of the authority

vested in me by the Attorney General of the United States under 28 C.F.R. Section 15.4(a), hereby

certify that:

1) I have read the correspondence prepared in anticipation of litigation[1] in the

above-captioned action; and,

2) Based on information in the correspondence I reviewed, the dental care at issue in

plaintiff's complaint involved Sophia Barroso, D.M.D.,

3) The above-described correspondence shows that Dr. Barroso was a deemed employee of

the Public Health Service with respect to the actions or omissions that are the subject of the above

captioned action.

_Zane David Memeger/pre_
ZANE DAVID MEMEGER
United States Attorney

DATED: December 18, 2015
_____

1  Disclosure of certain factual representations from correspondence to the United States Attorney's Office
does not waive work product and attorney-client privilege regarding the rest of the correspondence
furnished to the United States Attorney's Office in anticipation of litigation.   Work product and
attorney-client privilege as to the rest of the correspondence is especially preserved.