IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES SHAW** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 15-6690** |
| **SOFIA BARROSO** | : | |

<u>**ORDER**</u>

**AND NOW**, this 1st day of March, 2016, upon consideration of the United States of America's and the Federal Defendant's Motion to Substitute the United States and to Dismiss the Plaintiff's Complaint (Doc. No. 3), it is **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The United States of America is substituted as the sole defendant; and

2. The action is **DISMISSED** for lack of subject matter jurisdiction.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.